# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

Bridget M. McCormack,
Chief Justice

158670-1

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MERCANTILE BANK MORTGAGE
COMPANY, LLC,
          Plaintiff/Counterdefendant-
          Appellee,

v

NGPCP/BRYS CENTRE, LLC, and NGP
CAPITAL PARTNERS, LLC,
          Defendants/Counterplaintiffs-
          Appellants,

and

FORD A. GRIFO, DANIEL J. NEMES, and
MARK S. PROVENZANO,
          Defendants/Counterplaintiffs.

SC:  158670-1
COA:  335600, 335715
Wayne CC:  09-030278-CK

_____/

      On order of the Court, the application for leave to appeal the September 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019



p0624

Clerk